## P. E. Short, Appellant, v. Oregon Short Line Railroad Company, Appellee.

### Gen. No. 20,255.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed January 25, 1915.

### Statement of the Case.

The transactions out of which the present action grew are those involved in *Goodwin v. Oregon Short Line R. Co., ante,* p. 146. While there are some differences in the records, principally that in the present case the plaintiff did not examine Tuttle, defendant's assistant general freight agent, and that the number of sheep was different, the delay and the shrinkage in weight were greater and larger damages were claimed, the same principles and the same rules of law control, and the judgment for defendant is therefore affirmed.

CHARLES A. BUTLER, for appellant; FRANKLIN RABER, of counsel.

JOHN A. SHEEAN, for appellee.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS, § 222*—*when not liable for failure to supply cattle cars.* The decision herein is controlled by that announced in *Goodwin v. Oregon Short Line R. Co., ante,* p. 146, which involves the same transactions.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.